UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MARTIN T. SOLOMON,

        Plaintiff,                 Case No. 1:08CV858

v.                                        Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendant.
                            /

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 13, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 13, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (docket #85) is **GRANTED**; plaintiff's motion for preliminary and/or permanent injunction (docket #96) is **DENIED**; and this action is **DISMISSED**.

                                                        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE

DATED: February 7, 2011.